IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EUGENIA M. WOODARD, | § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. H-13-0337 |
| TEXAS SOUTHERN UNIVERSITY, | § § § | |
| Defendant. | § § | |

## ORDER OF DISMISSAL

As stated on the record at the hearing of today's date, the defendant's amended motion to dismiss, (Docket Entry No. 10), is granted. For the reasons stated on the record and in the defendant's motions to dismiss, (Docket Entries No. 4, 10), this court lacks jurisdiction over Woodard's suit. *See* FED. R. CIV. P. 12(b)(1). The plaintiff's claims are also time-barred for the reasons stated on the record. Woodard's suit is dismissed, with prejudice.

SIGNED on May 2, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge